*[Submitting Counsel on Signature Page]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Breathitt County School District, by and through the Breathitt County Board of Education

Plaintiff,

v.

Meta Platforms, Inc. et al.

Defendants.

Case No. 4:23-CV-01804

**JOINT STIPULATION AND ~~[PROPOSED]~~ ORDER FOR DISMISSAL WITH PREJUDICE**

Plaintiff and Defendants TikTok Inc., ByteDance Inc., ByteDance Ltd., TikTok Ltd., and TikTok, LLC, through their counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal with prejudice of plaintiff's claims against Defendants TikTok Inc., ByteDance Inc., ByteDance Ltd., TikTok Ltd., and TikTok, LLC in the above-captioned action. *See Hells Canyon Pres. Council v. U.S. Forest Serv.*, 403 F.3d 683, 687 (9th Cir. 2005) (Rule 41(a) "allow[s] the dismissal of *all* claims against *one* defendant, so that a defendant may be dismissed from the entire action.").

Dated: May 15, 2026

Respectfully Submitted,

By: */s/Ronald E. Johnson, Jr.*
Ronald E. Johnson, Jr.
Sarah N. Emery
**HENDY JOHNSON VAUGHN**
2380 Grandview Drive
Ft. Mitchell, KY 41017

Telephone: 859-578-4444
rjohnson@justicestartshere.com
semery@justicestartshere.com

*Counsel for Plaintiff*

By: */s/Daniel M. Petrocelli*
GEOFFREY M. DRAKE, *pro hac vice*
gdrake@kslaw.com
TACARA D. HARRIS, pro hac vice
*tharris@kslaw.com*
KING & SPALDING LLP
1180 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309
Telephone: (404) 572-4600

DAVID P. MATTERN, *pro hac vice*
*dmattern@kslaw.com*
KING & SPALDING LLP
1700 Pennsylvania Avenue, NW
Suite 900
Washington, D.C. 20006
Telephone: (202) 737-0500

BAILEY J. LANGNER (SBN 307753)
*blangner@kslaw.com*
KING & SPALDING LLP
50 California Street, Suite 3300
San Francisco, CA 94111
Telephone: (415) 318-1200

DANIEL M. PETROCELLI (SB #97802)
dpetrocelli@omm.com
SABRINA H. STRONG (SB #200292)
sstrong@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 8th Floor
Los Angeles, CA 90067
Telephone: (310) 553-6700

STEPHEN D. BRODY, *pro hac vice*
sbrody@omm.com
O'MELVENY & MYERS LLP

No. 4:23-CV-01804                    2                    JOINT STIPULATION AND
[PROPOSED] ORDER FOR
DISMISSAL WITH PREJUDICE

1625 Eye Street, NW
Washington, D.C. 20006
Telephone: (202) 383-5300

*Attorneys for Defendants TikTok Inc., ByteDance Inc., ByteDance Ltd., TikTok Ltd., and TikTok, LLC*

No. 4:23-CV-01804                                    3                          JOINT STIPULATION AND
                                                                                [PROPOSED] ORDER FOR
                                                                                DISMISSAL WITH PREJUDICE

**ATTESTATION**

I, Ronald E. Johnson, Jr., hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: May 15, 2026                    */s/ Ronald E. Johnson, Jr.*

**PURSUANT TO STIPULATION AND GOOD CAUSE SHOWING:** Plaintiff's claims against Defendants TikTok Inc., ByteDance Inc., ByteDance Ltd., TikTok Ltd., and TikTok, LLC are dismissed with prejudice.

**IT IS SO ORDERED**

Dated:  May 20, 2026

HONORABLE YVONNE GONZALEZ ROGERS
United States District Judge

No. 4:23-CV-01804                              1                              JOINT STIPULATION AND
[PROPOSED] ORDER FOR
DISMISSAL WITH PREJUDICE