*[Parties and Counsel Listed on Signature Pages]*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>Breathitt County Board of Education v. Meta Platforms, Inc., et al.<br><br>Case No.: 4:23-CV-01804 | MDL No. 3047<br><br>Case No. 4:22-md-03047-YGR (PHK)<br><br>**JOINT STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. PROC. 41(a)(1)(A)(ii)**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Magistrate Judge: Hon. Peter H. Kang |

**JOINT STIPULATION**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Breathitt County School District and Defendants Meta Platforms, Inc., Facebook Holdings, LLC, Facebook Operations, LLC, Meta Payments Inc., Facebook Technologies, LLC, Instagram, LLC, and Siculus, Inc., by and through their respective attorneys of record, hereby stipulate to the dismissal with prejudice of the above-referenced action with each party bearing its own attorneys' fees, costs, and expenses.

1

DATED: May 21, 2026                    Respectfully submitted,


By:    /s/  *Christian J. Pistilli*
ASHLEY M. SIMONSEN (State Bar No. 275203)
asimonsen@cov.com
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, California 90067
Tel.: (424) 332-4800

PHYLLIS A. JONES (pro hac vice)
pajones@cov.com
PAUL W. SCHMIDT (pro hac vice)
pschmidt@cov.com
CHRISTIAN J. PISTILLI (pro hac vice)
cpistilli@cov.com
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, NW
Washington, DC 20001-4956
Tel.: (202) 662-6000

*Attorneys for Defendants Meta Platforms, Inc. f/k/a Facebook, Inc. and Instagram, LLC*

2

By:    /s/ *Khaldoun Baghdadi*
KHALDOUN BAGHDADI
KELLY L. GANCI
**WALKUP, MELODIA KELLY & SCHOENBERGER**
650 California Street, 26th Floor
San Francisco, CA 94108
Telephone: 415-981-7210
kbaghdadi@walkuplawoffice.com
kganci@walkuplawoffice.com

LEXI J. HAZAM
**LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: 415-956-1000
lhazam@lchb.com

PREVIN WARREN
**MOTLEY RICE LLC**
401 9th Street NW Suite 630
Washington DC 20004
Telephone: 202-386-9610
pwarren@motleyrice.com

*Co-Lead Counsel for Plaintiffs*

RONALD E. JOHNSON, JR.
SARAH EMERY
**HENDY JOHNSON VAUGHN, PSC**
600 WEST MAIN STREET, SUITE 100
LOUISVILLE, KY 40202
Telephone: 859-578-4444
rjohnson@justicestartshere.com
semery@justicestartshere.com

*Counsel for Breathitt*

3

MICHAEL M. WEINKOWITZ
**LEVIN SEDRAN & BERMAN, LLP**
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Telephone: 215-592-1500
MWeinkowitz@lfsblaw.com

*Co-chair of School District Committee Plaintiffs
Leadership Committee
Counsel for Breathitt*

4

**FILER'S ATTESTATION**

I, Ronald E. Johnson, Jr., hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: May 21, 2026

By: */s/ Ronald E. Johnson, Jr.*

5

JOINT STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. PROC. 41(a)(1)(A)(ii)
4:22-md-03047-YGR